

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY, & DNJ

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

February 7, 2024

**Via ECF**
Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Wealth v. Fox Rothschild LLP, et al., 2:23-cv-03194-JKS-JBC**

Dear Judge Semper:

Our office is counsel to the Plaintiffs in the above-referenced matter. We submit this letter to inform the Court that Plaintiffs had a hard time uploading the declarations to the docket. Apparently the ECF system does not recognize certain PDF formats. Please see attached the message this writer received as he attempted to upload the documents on 2/6/24.

Additionally, 3 of Plaintiff Wealth's witnesses were late in submitting their declarations. They confirmed that they will have them in today. I respectfully request leave to file the supplemental declarations of Mike Turtle, Jamie Simcoe, and Chinedu Nwankwo.

We thank this Court for its courtesies and consideration.

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC:
All attorneys of record via ECF.

*Enclosed.*

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com

CM/ECF  Civil ▸  Criminal ▸  Query ▸  Reports ▸  Utilities ▸  Search  Help  Log Out

**Responses and Replies**
2:23-cv-03194-JKS-JBC WEALTH v. FOX ROTHSCHILD LLP et al

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Click here for more information.

If you need further assistance, please contact the court.

Error File: C:\fakepath\Declaration-Stanislav Markevich.edited - signed.pdf

Submitted Entries

| File Type | Filename | Category | Description |
|---|---|---|---|
| Main Document | C:\fakepath\Opposition to Motion To Dismiss .pdf | - | - |
| Attachment #1 | C:\fakepath\Declaration-Stanislav Markevich.edited - signed.pdf | Declaration | Stanislav Markevich |
| Attachment #2 | C:\fakepath\Declaration-Raymond Wealth - signed.pdf | Declaration | Raymond Wealth |
| Attachment #3 | C:\fakepath\Wealth Ex A-Amex Card Ending in 1018_Redacted.pdf | Exhibit | A |
| Attachment #4 | C:\fakepath\Wealth Ex B-Amex Amabiles name.pdf | Exhibit | B |
| Attachment #5 | C:\fakepath\Wealth Ex C-Chase Sapphire Reserve Credit.pdf | Exhibit | C |
| Attachment #6 | C:\fakepath\Wealth Ex D-Chase Freedom Credit Card.pdf | Exhibit | D |
| Attachment #7 | C:\fakepath\Wealth Ex E-American Express.pdf | Exhibit | E |
| Attachment #8 | C:\fakepath\Wealth Ex F-Amex-Withdrawal Letter.pdf | Exhibit | F |
| Attachment #9 | C:\fakepath\Wealth Ex G-Kristen Fraudulent act with my information.pdf | Exhibit | G |

Back