## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

November 19, 2024

## **LETTER ORDER**

**Re:** **Wealth v. Fox Rothschild, LLP, et al.**
**Civil Action No. 23-3194 (JKS)**

Dear Counsel:

The initial conference scheduled in this matter for **November 26, 2024 at 12:00 PM** is adjourned to **February 25, 2025 at 11:00 AM**.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**