<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ABUCHI RAYMOND WEALTH and STANISLAV MARKEVICH, <br><br> *Plaintiffs,* <br><br> v. <br><br> FOX ROTHSCHILD LLP; ALKA BAHAL; KRISTEN M. AMABILE; JOHN AND JANE DOES 1-10, and ABC CORPS. 1-10, <br><br> *Defendants.* | Civil Action No. 23-03194(JKS)(JBC) <br><br><br> **ORDER** <br><br> June 27, 2025 |

**SEMPER**, District Judge.

The current matter comes before the Court on separate motions: (1) Defendant Fox Rothschild LLP's motion to dismiss Plaintiffs Abuchi Wealth and Stanislaw Markevich's Third Amended Complaint (ECF 75, "TAC") pursuant to Rule 12(b)(6) (ECF 81); (2) Defendant Alka Bahal's motion to dismiss Plaintiffs' TAC pursuant to Rule 12(b)(6) (ECF 83); and (3) Defendant Kristen Amabile's motion to dismiss Plaintiffs' TAC pursuant to Rule 12(b)(6) (ECF 82). Plaintiffs opposed the motions to dismiss. (ECF 87.) Defendants filed reply briefs in further support of their motions to dismiss. (ECF 88, ECF 89, ECF 90.) The Court reviewed all submissions in support and in opposition and decided the motions without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Court's June 27, 2025 opinion,

**IT IS** on this 27 day of June 2025,

**ORDERED** that Defendants' motions to dismiss Count 4 of the Third Amended Complaint are **GRANTED**; and it is further

**ORDERED** that Count 4 of the Third Amended Complaint is dismissed with prejudice against all Defendants; and it is further

**ORDERED** that Counts 1-3 of the Third Amended Complaint are dismissed against all Defendants without prejudice.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:     Clerk
cc:      James B. Clark, U.S.M.J.
        Parties